**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF FLORIDA**

**CASE NO. 19-81048-CIV-ALTMAN/Brannon**

**AMY R. BRYAN**,

    **Plaintiff**,

v.

**CAVALRY PORTFOLIO SERVICES, LLC**,

    **Defendant**.

_____/

**ORDER**

    **THIS MATTER** comes before the Court on the parties' Stipulation of Voluntary Dismissal with Prejudice [ECF No. 22]. Having carefully reviewed the record, the Court hereby **ORDERS AND ADJUDGES** that this matter is **DISMISSED with prejudice**. Except as otherwise agreed by the parties, each party shall bear its own fees and costs. The Clerk shall **CLOSE** this case, all deadlines and hearings are **TERMINATED**, and any pending motions are **DENIED AS MOOT**.

    **DONE AND ORDERED** in Fort Lauderdale, Florida, this ~~12~~th day of November 2019.

_____
**ROY K. ALTMAN**
**UNITED STATES DISTRICT JUDGE**

cc:    counsel of record